UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| HEATHER BROWNING, | ) | |
| (Social Security No. XXX-XX-0645), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:13-cv-8-WGH-RLY |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT ENTRY**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Heather Browning was not entitled to child's insurance benefits based on disability or supplemental security income based on her applications filed on February 2, 2010, is **AFFIRMED**.

**Entered:** December 11, 2013

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Distributed to all ECF-registered counsel of record via email.**